[Civil No. 1198.   Filed June 24, 1912.]

[124 Pac. 811.]

ARIZONA LUMBER COMPANY, Plaintiff in Error, v.
THE DETROIT COPPER MINING COMPANY OF
ARIZONA, a Corporation, Defendant in Error.

WRIT OF ERROR from the District Court of the First
Judicial District, in and for the County of Pima.   John H.
Campbell, Judge.   Reversed and remanded.

Mr. Frank H. Hereford and Mr. Frank E. Curley, for
Plaintiff in Error.

Messrs. Ellinwood & Ross, for Defendant in Error.

PER CURIAM.—This cause having been submitted on the
briefs on file in the case of *Simon Hagenauer* v. *Detroit Cop-
per Min. Co. of Arizona, ante,* p. 74, 124 Pac. 803, and the
same questions being involved in this cause, on the authority
of *Hagenauer* v. *Detroit Copper Min. Co. of Arizona,* just
decided by this court, the judgment of the lower court in this
cause, sustaining the special demurrer setting up the statute
of limitations and dismissing the case, is reversed, with direc-
tions to overrule the special demurrer.

---

[Civil No. 1199.   Filed June 24, 1912.]

[124 Pac. 811.]

FERDINAND BACKSTEIN, Plaintiff in Error, v. THE
DETROIT COPPER MINING COMPANY OF ARI-
ZONA, a Corporation, Defendant in Error.

WRIT OF ERROR from the District Court of the First
Judicial District, in and for the County of Pima.   John H.
Campbell, Judge.   Reversed and remanded.

Mr. Frank H. Hereford and Mr. Frank E. Curley, for
Plaintiff in Error.

Messrs. Ellinwood & Ross, for Defendant in Error.

PER CURIAM.—This cause having been submitted on the briefs on file in the case of *Simon Hagenauer* v. *Detroit Copper Min. Co. of Arizona, ante,* p. 74, 124 Pac. 803, and the same questions being involved in this cause, on the authority of *Hagenauer* v. *Detroit Copper Min. Co. of Arizona,* just decided by this court, the judgment of the lower court in this cause, sustaining the special demurrer setting up the statute of limitations and dismissing the case, is reversed, with directions to overrule the special demurrer.

---

[Civil No. 1200.  Filed June 24, 1912.]

[124 Pac. 811.]

BACKSTEIN & NAUBAUER, Plaintiffs in Error, v. THE DETROIT COPPER MINING COMPANY OF ARIZONA, a Corporation, Defendant in Error.

WRIT OF ERROR from the District Court of the First Judicial District, in and for the County of Pima. John H. Campbell, Judge. Reversed and remanded.

Mr. Frank H. Hereford and Mr. Frank E. Curley, for Plaintiff in Error.

Messrs. Ellinwood & Ross, for Defendant in Error.

PER CURIAM.—This cause having been submitted on the briefs on file in the case of *Simon Hagenauer* v. *Detroit Copper Min. Co. of Arizona, ante,* p. 74, 124 Pac. 803, and the same questions being involved in this cause, on the authority of *Hagenauer* v. *Detroit Copper Min. Co. of Arizona,* just decided by this court, the judgment of the lower court in this cause, sustaining the special demurrer setting up the statute of limitations and dismissing the case, is reversed, with directions to overrule the special demurrer.